

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-80,855-01

### EX PARTE ADRIAN V. BARRERA, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. W07-30801-P(A) IN THE 203RD DISTRICT COURT
### FROM DALLAS COUNTY

*Per curiam*.

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of sexual assault and sentenced to ten years' imprisonment. The Fifth Court of Appeals affirmed his conviction. *Barrera v. State*, No. 05-12-00715-CR (Tex. App.—Dallas 2013, no pet.).

Applicant contends that he was not timely advised of his right to file a petition for discretionary review. The trial court entered findings of fact and conclusions of law and recommended that we grant Applicant an out-of-time petition for discretionary review. *Ex parte Wilson*, 956 S.W.2d 25 (Tex. Crim. App. 1997).

We find, therefore, that Applicant is entitled to the opportunity to file an out-of-time petition for discretionary review of the judgment of the Fifth Court of Appeals in case number 05-12-00715-CR that affirmed his conviction in cause number F-0730801-P from the 203rd District Court of Dallas County. Applicant shall file his petition for discretionary review with this Court within 30 days of the date on which this Court's mandate issues.

Delivered: February 26, 2014
Do not publish